IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.  22-cv-3996 |
| v. | ) ) | Mag. Judge Jeffrey T. Gilbert |
| WAITE EQUIPMENT COMPANY, LLC, | ) ) | |
| Defendant. | ) ) | |

## Motion for Entry of Judgment

The parties being in agreement, by their respective attorneys, Daniel P. McAnally, for Plaintiffs, and Jeffrey Ryva, for Defendant, move this Court for an entry of a Judgment Order and in support state:

1.    This motion is agreed to by the parties without objection.

2.    The parties have reached a settlement in the form of a Judgment Order.

3.    Simultaneously with the filing of this motion, the parties will email a proposed Judgment Order to the Court's designated email address.

WHEREFORE, the parties respectfully request that the attached Judgment Order in favor of the Plaintiffs and against the Defendant in the amount of $11,370.18  be entered with the Court. (Exhibit A)

Respectfully submitted,

 s/Daniel P. McAnally

Attorney for Plaintiffs

McGann, Kettterman & Rioux
111 East Wacker Drive, Suite 2300
Chicago, IL 60601
(312) 251-9700